**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THERESA REAUME,<br><br>Plaintiff,<br><br>v.<br><br>RETAIL SERVICES WIS CORPORATION d/b/a WIS INTERNATIONAL, INC. d/b/a DEALER SOLUTIONS, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-620-RWS |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. Docket No. 4. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff moves to voluntarily dismiss her case against Defendant without prejudice. *Id.* at 1. After review, the Court **ACCEPTS** Plaintiff's notice of dismissal (Docket No. 4). Accordingly, it is

**ORDERED** that Plaintiff's claims against Defendant Retail Services WIS Corporation d/b/a WIS International, Inc. d/b/a Dealer Solutions, Inc. are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 13th day of July, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE